

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00028-CV

**IN THE INTEREST OF N.M.B.**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-EM5-06049
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: August 25, 2021

DISMISSED

Two appellants in this appeal have filed notices of appeal: Appellant C.B. and Appellant S.T. Appellant S.T. has filed a motion to dismiss her appeal pursuant to Texas Rule of Appellate Procedure 42.1. The motion contains a certificate of service to the parties in this appeal, none of whom have opposed the motion. We grant the motion and dismiss Appellant S.T.'s appeal. *See* TEX. R. APP. P. 42.1(a). Appellant C.B.'s appeal remains pending in the court.

PER CURIAM